# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Rashawn J. Pratt**

    vs.                                **CASE NUMBER: 5:09-CV-1278 (NAM) (ATB)**

**Buffalo Wild Wings**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Andrew T. Baxter is adopted in its entirety, this action is Dismissed without prejudice for failure to properly move for leave to proceed in forma pauperis and pursuant to 28 USC section 1915(e)(2)(B)(ii) for failure to state a claim.

All of the above pursuant to the order of the Honorable Judge Normans A. Mordue, dated the 2nd day of March, 2010.

DATED: March 2, 2010

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk